UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE HOLMES GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 03 - 40146 |
| | ) | |
| v. | ) | Judge F. Dennis Saylor, IV |
| | ) | |
| RPS PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S STATEMENT OF UNCONTESTED
## FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

In support of its motion for summary judgment and in accordance with Local Rule 56.1,

Defendant RPS Products, Inc. ("RPS") avers that the following facts are uncontested.

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 1. | The Holmes Group, Inc. is a Massachusetts corporation with its principal place of business at 1 Holmes Way, Milford, Massachusetts. | Defendant's Ex. H, Amended Complaint ¶ 2. |
| 2. | Holmes owns U.S. Patent No. 6,425,932 entitled "Air Purifier" and U.S. Patent No. 6,685,760 entitled "Filter Assembly for Air Purifier." | Defendant's Ex. H, Amended Complaint ¶¶ 6, 7; Defendant's Ex. A and C |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 3. | The Holmes' Patents disclose a portable air purifier and replaceable filter assembly therefor. | Defendant's Ex. A and C, FIGS. 4, 6, 7, 8, 25. |
| 4. | Holmes markets four sizes of the subject Harmony air purifiers, namely models HAP 615 (one-filter), 625 (two-filter), 650 (three-filter), 675 (four-filter). | Defendant's Ex. Q Hopman Decl. ¶¶ 5-17;  Hopman Ex. 2-5, 7-10; Defendant's Ex. A, C, FIGS. 4, 11, 14, 17. |
| 5. | RPS Products, Inc. is an Illinois corporation having a place of business at 281 Keyes Avenue, Hampshire, Illinois. | Defendant's Ex. H Amended Complaint ¶ 3 |
| 6. | RPS Products has been in business for approximately 25 years making replacement filters and other products for humidifiers and air purifiers. | Daniel Schuld Decl. ¶ 2 |
| 7. | RPS makes replacement filters for virtually all makes and models of air cleaners for household use, including Holmes Harmony air purifiers. | Daniel Schuld Decl. ¶ 3 |
| 8. | From March 2002 through November 9, 2004 RPS manufactured and sold an original RPS model H600 replacement filter to fit the Holmes Harmony air purifiers (the "Original H600 Filter"). | Daniel Schuld Decl. ¶ 4; Trask Decl. ¶ 2 |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 9. | A sample Original H600 Filter is submitted herewith as Defendant's Exhibit N. | Hopman Decl. ¶ 3 Juettner Decl. ¶ 15 Defendant's Ex. N |
| 10. | An accurate drawing of the Original H600 Filter is attached as Exhibit 1 to the Edward Hopman Declaration. | Hopman Decl. ¶ 4, Ex. 1 |
| 11. | The Original H600 filter assembly has two hangers, each hanger having one leg. | Hopman Ex. 1; Defendant's Ex. N |
| 12. | Both hangers are coupled to a lip on the filter frame. | Hopman Ex. 1; Defendant's Ex. N |
| 13. | The Original H600 filter fits into the Holmes Harmony air cleaner Models HAP-615 (one filter unit), HAP-625 (two filter unit), HAP-650 (three filter unit) and HAP-675 (four filter unit), with one partial exception. | Hopman Decl. ¶ 5–9; Hopman Ex. 2-5; Daniel Schuld Decl. ¶ 5 |
| 14. | When the Original H600 filter is placed in the left positions of the Holmes Model HAP-675 (four filter unit) the air cleaner door will not close all the way because the door hinges contact the left hanger of the Original H600 filter. | Hopman Decl. ¶ 10; Daniel Schuld Decl. ¶ 5 |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 15. | The Original H600 filter properly fits the two right filter positions in Model HAP-675 (four-filter unit), as well as all of the other models of the Holmes Harmony air purifiers. | Hopman Decl. ¶ 10; Daniel Schuld Decl. ¶ 5 |
| 16. | The Original H600 Filter was permanently discontinued on November 9, 2004 | Daniel Schuld Decl. ¶ 6; Trask Decl. ¶ 5 |
| 17. | Beginning in December 2003 and continuing to the present, RPS manufactured and sold a revised H600 replacement filter to fit Holmes Harmony Air Cleaners  (the "Revised H600 Filter"). | Daniel Schuld Decl. ¶ 7; Trask Decl. ¶ 6 |
| 18. | A sample Revised H600 Filter is submitted as Defendant's Exhibit O. | Hopman Decl. ¶ 11; Juettner Decl. ¶ 16; Defendant's Ex. O |
| 19. | An accurate drawing of the Revised H600 Filter is submitted as Exhibit 6 to the Hopman Declaration. | Hopman Decl. ¶ 12; Hopman Ex. 6 |
| 20. | The Revised RPS H600 Filter has one hanger having two legs that extend outwardly. | Hopman Ex. 6 Defendant's Ex. O |
| 21. | In the Revised H600 Filter, the unitary hanger is attached to the lip of the filter frame. | Hopman Ex. 6 Defendant's Ex. O |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 22. | The unitary hanger on the Revised H600 Filter bridges between and engages two supports on the Holmes air purifier. | Defendant's Ex. O as installed in Defendant's Ex. P |
| 23. | The Revised H600 filter fits the Holmes Harmony air cleaner Models HAP-615 (one filter unit), HAP-625 (two filter unit), HAP-650 (three filter unit) and HAP-675 (four filter unit). | Hopman Decl. ¶¶ 13-17; Hopman Ex. 7-10; Daniel Schuld Decl. ¶ 8 |
| 24. | When either the Original or Revised RPS H600 filters are positioned in the filter compartment of the Holmes Harmony air purifiers, operation of the air purifier will cause air to be drawn through the filter. | Daniel Schuld Decl. ¶ 9 |
| 25. | Because the Original and Revised H600 Filters are made with HEPA filter media, their use in the Holmes Harmony air purifiers will reduce dust, pollen and smoke as air passes through the filter. | Daniel Schuld Decl. ¶ 10 |
| 26. | RPS maintains an Internet website at <www.rpsproducts.com > | Hopman Decl. ¶ 18 |
| 27. | From 2002 to February 2004 RPS's website included a filter page that listed its H600 Filter as "Holmes Air Filter for HEPA models HAP615, 625, 650, 675, 675RC, (HAP-600). | Hopman Decl. ¶ 19; Hopman Ex. 11 |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 28. | The original RPS webpage stated: "All company names and trademarks herein listed are registered tradenames of their respective companies and are used for identification purposes only.  RPS Products is an independent company and is not related to or affiliated with any of these companies.  All filters below are manufactured by RPS Products." | Hopman Decl. ¶ 19; Hopman Ex. 11 |
| 29. | In or about early March 2004 RPS changed the filter page on its website to state:  "HEPA air filter fits Holmes models HAP615, 625, 650, 675, 675RC, (HAP-600)." | Hopman Decl. ¶ 20; Hopman Ex. 12 |
| 30. | In Count I of the Amended Complaint, Holmes alleges that RPS has infringed and is continuing to infringe the '932 and '760 Patents. | Defendant's Ex. H ¶¶ 20-25 |
| 31. | In response to RPS's interrogatories, Holmes asserts that the RPS Original H600 Filter infringes claims 18-20, 22 and 23 of the '932 Patent and claims 1-12, 14-17 and 19-26 of the '760 Patent | Defendant's Ex. J, pp. 2-5 |
| 32. | Holmes contends that the RPS Revised H600 Filter infringes claims 1-12, 14-17 and 19-26 of the '760 Patent. | Defendant's Ex. K, pp. 2-4; Defendant's Ex. M, pp. 2-5 |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 33. | In Count II of the Amended Complaint, Holmes alleges that RPS has falsely advertised its H600 replacement filters by stating that they "fit" the Holmes Harmony air purifiers. | Defendant's Ex. H, ¶¶ 9-16, 26-29 |
| 34. | Holmes contends that RPS's statements that its H600 replacement filters "fit" the Holmes air purifiers is false and misleading because (1) the H600 filters do not meet Holmes performance standards, (2) a "high proportion" are defectively manufactured, and (3) when the H600 filters are placed in one of the Holmes appliances, the filter will not allow the appliance door to close. | Defendant's Ex. H, ¶ 9 |
| 35. | Holmes has not produced any evidence to show that any customer was deceived or misled by RPS's statement that its H600 Filters fit Holmes Air Purifiers. | Defendant's Ex. I, Request #4; Defendant's Ex. J, Interrogatory #6 |
| 36. | Holmes third count is for trademark infringement based on RPS's original website that lists its H600 filters as "Holmes air filter for HEPA models HAP615, 625, 650, 675, 675RC, (HAP-600)." | Defendant's Ex. H, ¶¶ 19, 30-32 |
| 37. | Holmes has not produced any evidence to show any public confusion, mistake or deception resulting from RPS's website. | Defendant's Ex. J, Interrogatory #5 |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 38. | The '932 and '760 Patents disclose several embodiments of a filter assembly for use in the air purifier. | Defendant's Ex. A, C, FIGS. 4, 6 |
| 39. | The filter assembly embodiments disclosed in the '932 and '760 Patents have a filter frame (46, 146), a filter element (48, 148) mounted to the frame, and first (18, 118) and second (20, 120) hangers coupled to the frame. | Defendant's Ex. A, FIGS. 4, 25, Col. 4, lines 53-55, Col. 6, line 64 to Col. 7, line 27. |
| 40. | The first (18, 118) and second (20, 120) hangers are adapted to engage respectively, first (22, 122) and second (24, 124) supports that are mounted to the air purifier. | Defendant's Ex. A, FIG. 4, Col. 5, lines 39-43; FIG. 26, Col. 7, lines 28-35. |
| 41. | The filter frame (46, 146) has a top wall (58, 158), a bottom wall (60, 160) and side walls (62-64, 162-164). | Defendant's Ex. A, FIG. 5, Col. 4, lines 56-63; FIG. 25 Col. 7, lines 6-10. |
| 42. | Some but not all filter assembly embodiments have a lip (170). | Defendant's Ex. A, C Compare Fig. 9 (no lip) with Fig. 25 (having lip 170). |
| 43. | The lip (170) extends around the perimeter of the frame (146) and is formed with a recess for receiving a gasket (174). | Defendant's Ex. A, FIG. 25, Col. 7, lines 15-17; Defendant's Ex. C, Col. 7, lines 24-26. |
| 44. | The filter embodiment shown in FIGS. 4-5 shows channel type hangers (18, 20) coupled to the top wall of the frame. | Defendant's Ex. A, C, FIGS. 4-5. |
| 45. | The embodiment of FIG. 7 shows channel type hangers (18) mounted to the side walls of the frame. | Defendant's Ex. A, C FIG. 7. |
| 46. | FIGS. 8-9 have "C" shaped hangers (118, 120) coupled to the top wall of the filter frame. | Defendant's Ex. A, C FIGS. 8-9 . |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 47. | The embodiment of FIGS. 25-31 also have "C" shaped hangers. | Defendant's Ex. A, FIGS. 26, 29, Col. 7, lines 21-24; see also Defendant's Ex. C. |
| 48. | A difference between the Fig. 8-9 and FIGS. 25-31 embodiments is that the embodiment of FIGS. 24-31 has a lip on the frame, whereas the filter frame embodiment of FIGS. 8-9 does not have a lip. | Defendant's Ex. A, C, Compare FIG. 25 to FIG. 9. |
| 49. | In all of the illustrated filter embodiments, FIGS. 4-5, 6, 7, 8-9 and 25, two hangers are provided which are adapted to engage, respectively, two elongated hanger supports. | Defendant's Ex. A, C, FIGS. 4, 6, 7, 8, 9, 26, 30. |
| 50. | The '932 patent is based on patent application Serial No. 09/611,513, filed July 7, 2000 and issued July 30, 2002. | Defendant's Ex. A, front page. |
| 51. | The '760 patent application is a continuation of the '932 patent application. | Defendant's Ex. C, front page |
| 52. | The '760 Patent was filed with the same specification, drawings and claims as the '932 patent application. | Compare Defendant's Ex. B, pp. B043-61 to Defendant's Ex. D, pp. D008-26 and Defendant's Ex. B, pp. B168-98 to Defendant's Ex. D, pp. D028-58. |
| 53. | The '932 patent application was filed with 28 claims including 3 independent claims. | Defendant's Ex. B at pp. B058-61 |
| 54. | Independent application claim 14 was a generic claim, i.e., a claim that covers several hanger embodiments including those embodiments shown in FIGS. 4-5, FIG. 7, FIGS. 8-9, | Defendant's Ex. B p. B060; Defendant's Ex. A |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| | and FIGS. 25-31. | |
| 55. | Application claim 14 as originally filed states:<br><br>14.     A filter assembly for removable mounting to an air purifying device, comprising:<br><br>a frame;<br><br>a filter element mounted to said frame, and<br><br>a hanger coupled to said frame for removably receiving a hanger support mounted to an air purifying device. | Defendant's Ex. B, p. B060 |
| 56. | A United States Patent and Trademark Office Official Action was mailed on September 13, 2001 rejecting independent claim14 on the basis of prior art patent to *Lin* and also on the basis of the prior art patent to *Stopyra et al.* | Defendant's Ex. B, p. B135-142; Defendant's Ex. E, F |
| 57. | Claims 6, 8-13, 19-24, and 27 were objected to as being dependent on a base claim, but the Examiner indicated that these claims would be allowable if rewritten in independent form. | Defendant's Ex. B, p. B139 |
| 58. | Of these potentially allowable claims, claim 20 was directed to the embodiments shown in FIGS. 8-9 and 25-31, calling for a hanger having "a pair of opposed legs configured to form a gap." | Defendant's Ex. B, pp. B060, B140 |
| 59. | In response to the Official Action, an Amendment was filed on October 23, 2001 in which original claims 1-28 of the application were deleted.  New claims numbered 29-52 were added. | Defendant's Ex. B, pp. B148-152 |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 60. | In the October 23, 2001 amendment Holmes rewrote allowable application claim 20 in independent form as new claim 46. | Defendant's Ex. B, pp. B148-154; Compare claim 46 at page B151 with claims 14 and 20 at page B060, see chart on B153. |
| 61. | Holmes gave up on the generic application claim 14, and accepted the narrower application claim 46 directed to FIGS. 8-9 and 25-31 embodiments. | Defendant's Ex. B, p. B153 |
| 62. | Application claim 46 reads as follows:<br><br>    46.   A   filter   assembly   for   removable mounting to an air purifying device, comprising:<br><br>    a frame;<br><br>    a filter element mounted to said frame, and<br><br>    a   hanger   <u>having   pair   of   opposed   legs configured to form a gap, said hanger being</u> coupled to   said   frame   for   removably   receiving   a   hanger support mounted to an air purifying device. | Defendant' Ex. B, p. B151. Underscoring has been provided in the above quoted claim to show the differences between allowed application claim 46 and rejected application claim 14, i.e., the limitations added to gain allowance of the claim. |
| 63. | Following the October 2001 Amendment the '932 Patent was allowed. | Defendant's Ex. B, pp. B162-166 |
| 64. | Application claim 46 was re-numbered as claim 18 of the '932 Patent. | Defendant's EX. B, p. B151 |
| 65. | On the same day as the '932 was issued, Holmes re-filed its original application as a continuation application. | Defendant's Ex. A, C. The grant date of the '932 Patent is the same date, July 30, 2002, as the filing date of the '760 Patent. |
| 66. | The '760 Patent continuation application was filed with the same specification, drawings and claims as the '932 Patent. | Compare Defendant's Ex. B, pp. B043-061 to Defendant's Ex. D, pp. D008-026; and Defendant's Ex. B, pp. B168-198 to Defendant's Ex. D, pp. D028-058 |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 67. | Holmes subsequently filed a Preliminary Amendment canceling the original claims 1-28 and substituting new claims 29-54. | Defendant's Ex. D, pp. D085-098 |
| 68. | All of the new claims 29-54 require hangers (or hanging means) coupled to the top wall of the frame. | Defendant's Ex. D, pp. D087-90. |
| 69. | Application claims 29-54 were subsequently issued as re-numbered '760 Patent claims 1-26. | Defendant's Ex. D, pp. D099-109; D087-090 |
| 70. | There are three independent claims in the '760 Patent, namely, claims 1, 9 and 19. | Defendant's Ex. C, Col. 8, line 40 to Col. 10, line 59. |
| 71. | In the specification of the '932 Patent, the term "a hanger" is consistently used to refer to a single device by which the filter assembly is hung from a corresponding support. | Defendant's Ex. A, Col. 5, lines 10-58; Col. 7, lines 20-23. |
| 72. | With respect to the filter embodiment shown in FIG. 8, there are two hangers (118, 120) adapted to engage, respectively, two supports (122, 124) to hang the filter assembly (16) in the air purifier (12). | Defendant's Ex. A, FIG. 8. |
| 73. | The '932 specification repeatedly refers to "first and second hangers" and "each hanger." | Defendant's Ex. A, Col. 5, lines 10-58; Col. 7, lines 20-22. |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 74. | All of the filter embodiments of the '932 Patent (FIGS. 4, 6, 7, 8 and 26) have a one-to-one relationship between hangers and supports. | Defendant's Ex. A, FIGS. 4, 6, 7, 8, 9, 26, 30. |
| 75. | Claim 18 requires "a hanger having a pair of opposed legs." | Defendant's Ex. A, Col. 10, lines 11-12. |
| 76. | The phase "a pair of opposed legs" means two legs on the one hanger, the legs pointing toward one another, and that engage the opposite sides of a support. | Defendant's Ex. A, FIGS. 26 and 29, Col. 7, lines 21-24, Col. 7 lines 30-35. |
| 77. | The '932 Patent specification states that a gap (121) is defined between the legs (119) of the "C" shaped section. | Defendant's Ex. A, Col. 7, lines 21-24. |
| 78. | The function of the gap is to accommodate a rib (130) on the top of the support, as seen in FIG. 29. | Defendant's Ex. A, Col. 7, lines 30-35; Col. 8, lines 12-20. |
| 79. | The term "top wall" is one of the four walls of the frame, item (58) in FIGS. 3 and 5, item (158) in FIG. 25. | Defendant's Ex. C, FIGS. 3, 5, 25, Col. 4, lines 65-67, Col. 7, lines 13-17. |
| 80. | The '760 Patent distinguishes between a top surface, numbered 52 and the top wall, numbered 58. | Defendant's Ex. C, Col. 4, lines 63-67. |
| 81. | The "lip" is identified in the '760 patent as item (170), shown in Fig. 25. | Defendant's Exhibit C, col. 7, line 24-26 |
| 82. | Not all of the filter embodiments have a lip. The filter assembly embodiments shown in FIGS. 4-9 have top, side and bottom walls, but no lip. | Defendant's Ex. C, Compare FIGS. 4-9 to FIGS. 25-31. |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 83. | The lip (170) is a part of the filter frame. It extends peripherally around the frame, projects from the top wall (158), both side walls (162,164) and the bottom wall (160), and is formed with a recess for receiving a gasket (174). | Defendant's Ex. C, col. 7, lines 22-27, FIGS. 25, 29, 31 |
| 84. | The embodiments of FIGS. 4-9 of the '760 patent have a top wall but no lip, while the embodiments of FIGS. 25-31 have a top wall and a lip. | Defendant's Ex. C, Compare FIGS. 4-9 to FIGS. 25-31. |
| 85. | The Holmes '760 Patent states that "each hanger 118, 120 preferably includes a pair of legs 119 attached to the top wall 158 at the lip 170 to form an open "C" shaped section." | Defendant's Ex. C, col. 7, lines 31-33 |
| 86. | Claim 1 requires a frame having a top wall, but does not mention a lip. | Defendant's Ex. C, Col. 8, lines 40-51. |
| 87. | Claim 2 is dependent on claim 1 and further adds "a lip formed on said frame." | Defendant's Ex. C, Col. 8, lines 55-57. |
| 88. | In the '760 patent specification the structure disclosed for performing the function of receiving  "a first hanger support and a second hanger support" are first and second hangers. | Defendant's Ex. C, Col. 5, lines 46-50, Col. 7, lines 34-38, Col. 7, lines 53-57. |
| 89. | The '760 Patent states: "In addition, although it is preferable to practice the invention using first and second hangers 18, 20, the present invention can be practiced with only one hanger." The next paragraph states: "As noted above with respect to the first and second hangers 18, 20, the present invention can be practiced with only one hanger support." | Defendant's Ex. C, Col. 5, lines 42-45, lines 60-63. |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 90. | In the reasons for Allowance of the '760 Patent, the Examiner states relative to claims 1 and 19 that "it would not have been obvious to provide a first hanger coupled to a top wall....and a second hanger coupled to a top wall..." | Defendant's Ex. D, pp. D 104-105 |
| 91. | Independent Claims 1 and 19 expressly call for first and second hangers. | Defendant's Ex. C, Co. 8, lines 48-51, Col. 10, lines 26-30. |
| 92. | Independent Claim 9 calls for means for hanging the filter assembly from first and second supports. | Defendant's Ex. C, Col. 9, lines 24-27. |
| 93. | The H600 filters are easily positioned in the Holmes unit by opening the hinged front door and hanging it from the first and second hanger supports. | Hopman Decl. ¶¶ 5-10, 13-17; Hopman Ex. 2-5, 7-10 |
| 94. | RPS has not represented that its filters meet Holmes' performance standards. | Daniel Schuld Decl. ¶ 15 |
| 95. | RPS Products sold 16,583 filters having the Original H600 Filter frame. More specifically, RPS ordered a total of 17,657 frames; 45 were damaged and rejected; 16,583 filters with the Original H600 Filter frame were sold; and RPS Products has a remaining inventory of 1,029 frames. | Daniel Schuld Decl. ¶ 16 |
| 96. | If any customer purchased a damaged filter RPS Products would replace it. | Daniel Schuld Decl. ¶ 16; Trask Decl. ¶ 11 |
| 97. | RPS received no complaints or returns because any H600 Filter did not fit. | Trask Decl. ¶ 3; Daniel Schuld Decl. ¶ 11 |

| Para. No. | Uncontested Fact | Supporting Evidence |
|---|---|---|
| 98. | RPS's website clearly states that: "All listed filters are BestAir replacement filters manufactured by RPS Products." | Hopman Decl. ¶¶ 18-20; Hopman Ex. 11 and 12; Daniel Schuld Decl. ¶ 13 |
| 99. | BestAir® is a registered trademark of RPS and prominently appears on its webpage and filter boxes. | Daniel Schuld Decl. ¶ 12, Schuld Ex. 1 |
| 100. | The RPS website does not state or imply that its replacement filters originate from or are sponsored or approved by any other company. | Hopman Ex. 11 and 12 |
| 101. | Holmes has produced no evidence whatsoever that any consumer was misled or deceived by RPS in connection with its H600 Filter. | Defendant's Ex. I, Request #4; Defendant's Ex. J, Interrogatory No. 6 |

Dated: March 4, 2004

RPS PRODUCTS, INC.

By: _____

Paul G. Juettner (Ill. Bar No. 06180920)
Thomas R. Fitzsimons
Greer, Burns & Crain, Ltd.
300 S. Wacker Drive, Suite 2500
Chicago, IL 60606
312-360-0080 (FAX: 312-360-9315)
Attorneys for Defendant

Of Counsel
William D. Jalkut
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, MA 01608
(BBO# 250020)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document and exhibits thereto was served upon Nicholas J. Nesgos, the attorney of record for the Holmes Group by mail on March 4, 2005