UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 03-40146-FDS

_____
                                        )
THE HOLMES GROUP, INC.,                 )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )
                                        )
RPS PRODUCTS, INC.,                     )
                                        )
          Defendant.                    )
_____)

**PLAINTIFF'S RULE 56.1 STATEMENT IN SUPPORT OF
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Plaintiff, The Holmes Group, Inc. ("Holmes")

submits the following concise statement of material facts[1] as to which there is no genuine

issue to be tried:

**Holmes**

1.      Plaintiff, The Holmes Group, Inc. ("Holmes"), designs, manufactures and

sells a variety of consumer products, including portable air purifiers. Powers Aff., ¶1.

2.      Since 1984, Holmes has used the "Holmes" name and marks, in

connection with, among other things, air purifiers and parts thereof, including filters.

Powers Aff., ¶2.  The "Holmes" mark is registered in the United States Patent and

Trademark Registration Nos. 1,898,796, and 1,955,313.  Id.

---

[1] These facts are undisputed for purposes of summary judgment only.  Holmes reserves the right to dispute
some or all of them at trial, if necessary.

**The Patents in Suit**

3.     United States Letter Patent No. 6,425,932 ("the '932 patent"), entitled

"Air Purifier" was issued to Holmes on July 30, 2002.  Affidavit of Nicholas J. Nesgos

("Nesgos Aff."), Exh. A.  A continuation patent, United States Letter Patent 6,685,760

("the '760 patent"), entitled "Filter Assembly for Air Purifier" was issued to Holmes on

February 3, 2004. Id., Exh. B.  (Collectively, the '932 and '760 patents are referred to as

the "Holmes Patents.")

4.     Barry Huehn was the principal inventor on the Holmes Patents.  Nesgos

Aff, Exh. A; Affidavit of Barry Huehn ("Huehn Aff."), ¶1.

**The Homes Harmony Air Purifiers and Filters**

5.     Holmes manufactures and sells the Holmes® Harmony® Air Purifier

which includes features claimed in the Holmes Patents.  Powers Aff., ¶4; Huehn Aff.,

¶¶11-14.  Holmes makes a number of models of the Holmes ®Harmony Air Purifier,

including models HAP615, 625, 650, and 675.  Powers Aff., ¶4.

6.     Holmes also manufactures the filters which are used by each Holmes

Harmony Air Purifier model, including replacement filters (the "Holmes Filters").

Powers Aff., ¶5 and Nesgos Aff., Exh. E.  The Holmes Filters include features claimed in

the Holmes Patents.  Huehn Aff., ¶¶11-14; Powers Aff.. ¶¶4-5.  The Holmes Filters

include a high efficiency particulate air ("HEPA") filter in a plastic frame designed and

manufactured by Holmes.  The Holmes Filters also include a carbon filter to remove

odors.  Id.

7.     The same Holmes Filters are utilized in each Holmes Harmony air purifier

model.  The smallest Harmony air purifier model (HAP615) uses a single filter.  The

2

largest Holmes Harmony machine (HAP675) uses four air filters.  The HAP625 and HAP650 each use three filters.  Powers Aff., ¶6.

8.  Holmes® Harmony® Air Purifiers are tested and rated in accordance with the American National Standards Institute ("ANSI") and the American Home Appliance Manufacturers Association ("AHAM") standard AC-1-2002, entitled "American National Standard Method for Measuring Performance of Portable Household Electric Cord-Connected Room Air Cleaners."  Affidavit of Terence O'Beirne ("O'Beirne Aff."), ¶9; Powers Aff., ¶10.  The ANSI/AHAM ratings for Holmes products are established using genuine Holmes Filters.  Id.

9.  The ANSI/AHAM ratings establish a "Clean Air Delivery Rate" ("CADR") for three types of contaminants: pollen; smoke; and dust.  O'Beirne Aff., ¶5; Powers Aff., ¶10. The CADR measures the rate at which these contaminants are removed from the air by an air purifier.  A CADR rating is derived by comparing the natural decay rate for a contaminant in a particular room to the decay rate achieved in the same room for the same contaminant when a tested air purifier is utilized in the room.  O'Beirne Aff., ¶5 and Exhibit A.

10.  Intertek ETL Semko ("Intertek") performs AC-1-2002 testing on air purifiers for AHAM.  O'Beirne Aff., ¶4.

11.  The ANSI/AHAM certified CADR ratings for the Holmes® Harmony® machines using Holmes Filters are as follows:

ID # 422202v01/3021-158/ 03.04.2005

| Machine | Smoke | Pollen | Dust |
|---|---|---|---|
| Holmes HAP615 | 75 | 75 | 75 |
| Holmes HAP625 | 140 | 140 | 140 |
| Holmes HAP650 | 225 | 225 | 225 |
| Holmes HAP675 | 300 | 300 | 300 |

O'Beirne Aff., ¶9.

12.     The ANSI/AHAM CADR ratings for the Holmes Harmony Air Purifiers are available to the public at the AHAM internet website.  O'Bierne Aff., ¶12.

13.     AHAM verifies CADR ratings for air purifiers on an annual basis.  If a verification test yields a CADR result which is more than 10% below the original certified CADR rating for smoke or dust, the air purifier will fail the verification test and it will not retain its original rating for these contaminants.  An air purifier will lose its original CADR rating for pollen if a verification test result for this contaminant is more than 20% below the original rated level. O'Beirne Aff., ¶8.

### RPS and the H600 Replacement Filter

14.     RPS Products, Inc. ("RPS") is a corporation that has a place of business at 281 Keyes Avenue, Hampshire, Illinois.

15.     RPS manufactures and sells filters for humidifiers and air purifiers to retailers in the United States.  RPS does not manufacture or sell air purifiers.  Schuld

Dep. at pp. 18-19.[2]

16.     One of the replacement filters manufactured and sold by RPS is its H600 filter (the "H600 Replacement Filter").  Schuld Dep., p. 49; Nesgos Aff., Exhs. C and D; Powers Aff., ¶13.

17.     The H600 Replacement Filter is marketed and advertised by RPS as a Replacement Filter for Holmes® Harmony air purifiers.  Nesgos Aff., Exhs. C, D, L-O.

18.     The label on the H600 Replacement Filter box displays the claim that it "fits Holmes®," and lists the following Holmes® Harmony® Air Purifier Models: HAP615, 625, 650, 675, 675RC. Nesgos Aff., Exhs. C, D, L-O.

19.     Before RPS designed or manufactured the H600, RPS first obtained a Holmes HAP600 filter.  RPS looked at the Holmes H600 filter to decide how to construct the H600.  Schuld Dep. p. 42 (lines 16-18).  RPS did not look at any other filters or textbooks in order to design the H600.  Schuld Dep., pp. 42-43.

20.     RPS has not performed any testing to determine whether the Holmes® Harmony® machines would meet their ANSI/AHAM performance specifications while using a RPS H600 filter.  Jurisch Dep. pp. 52, 59.

21.     At the Rule 30(b)(6) deposition, Donald Jursich testified as follows:

        Q:     Are you aware that Holmes has alleged in this litigation
               that using the H600 in the Holmes® Harmony® air
               purifiers decreases the performance of the Holmes®
               Harmony® air purifier?

---

[2] RPS designated Richard P. Schuld (the CEO of RPS) and Donald Jursich (Vice President Product Engineering at RPS) to testify as designees on behalf of the company in response to Holmes' Rule 30(b)(6) deposition notices.  The notices and RPS' designations are attached as Exhibits I and J to the Nesgos Aff. The Rule 30(b)(6) deposition at which Mr. Schuld testified is referred to as the "Schuld Dep.," and selected pages of that deposition transcript are attached to the Nesgos Aff. as Exhibit F.  Select pages from the Rule 30(b)(6) deposition for which Mr. Jursich was designated (Jurisch Dep.") are attached as Exhibit G to the Nesgos Affidavit.

A:     I am aware of that.  Yes.

Q:     Do you have any information that that allegation by
       Holmes is incorrect in any way?

A:     I do not.

Q:     Would you describe for me any testing that was done
       on the RPS H600 filter either within the Holmes®
       Harmony® air purifier or outside of it?

A:     There was no testing done.

Q:     Has there been – you said there was no testing done.
       Do you mean at anytime?

A:     At anytime.

Jursich dep., p. 65.

22.     When the original design of the H600 Replacement Filter is placed in
Holmes HAP675 air purifier, the door on the air purifier will not close properly and the
air purifier cannot be used.  Amended Complaint, ¶16; Answer to Amended Complaint,
¶16; Schuld Dep., pp. 133, 135; O'Beirne Aff., ¶13.

23.     On November 27, 2002, Charles Hoffman, counsel for Holmes, sent a
letter to RPS advising RPS about the existence of the '932 patent.  Nesgos Aff., Exh. K;
Schuld Dep., pp. 63-64.

24.     After it received the November 27, 2002 letter from Mr. Hoffman, RPS
redesigned the H600.  Jursich Dep., pp. 42-43, 57; Schuld Dep., p. 64.  The only change
RPS made in the design of the revised H600 was to the hanging mechanisms.  Jursich
Dep., p. 42.  The change in the hanging mechanism on the H600 does not have any effect
on the ability of the filter to remove particles from the air.  Jurisch Dep., p. 43.  An
example of the revised H600 filter design and its packaging is Exhibit D to the Nesgos

6

Aff.  Schuld Dep., pp. 74-75.

25.     RPS has manufactured, marketed and sold the revised H600 filter design.

Schuld Dep. p. 49; Nesgos Aff., Exhs. C, D, L-O.

26.     Intertek performed tests using RPS H600 filters in Holmes Harmony air

purifiers in accordance with the ANSI/AHAM AC-1-2002 Standards.  O'Beirne Aff., ¶10

and Exhibit A.  The CADR test results for the HAP615, HAP625 and HAP650 using an

H600 filter were as follows:

| Model/Configuration | Test Particulate | CADR |
|---|---|---|
| Holmes Model HAP615, High Speed, RPS Products BESTAIR HEPA Air Filter Model H600 Installed, Carbon Filter That Came With Air Cleaner Installed | Smoke Dust Pollen | 51.9 59.3 66.9 |
| Holmes Model HAP650, High Speed, RPS Products BESTAIR HEPA Air Filter Model H600 Installed, Carbon Filter That Came With Air Cleaner Installed | Smoke Dust Pollen | 114.2 123.4 138.1 |
| Holmes model HAP625, High Speed, RPS Products BESTAIR HEPA Air Filter Model H600 Installed, Carbon Filter That Came With Air Cleaner Installed | Smoke Dust Pollen | 56.6 67.4 77.8 |
| Holmes Model HAP625, High Speed, Damaged RPS Products BESTAIR HEPA Filter Model H600 Installed, Carbon Filter That Came With Air Cleaner Installed | Smoke Dust Pollen | 58.8 73.6 65.2 |

O'Beirne Aff., ¶¶9-10, Exh. B.  These CADR results are lower than the CADR ratings

for the Holmes® Harmony® air purifiers.  O'Beirne Aff., ¶10-11.

27.     The CADR results for the HAP615, 625 and 650 when utilizing an H600 replacement filter were outside of the permissible deviations for a verification test under the AHAM guidelines.  Specifically, they were below the 10% deviation allowed for smoke and dust and the 20% deviation allowed for pollen.  O'Beirne Aff., ¶11.

28.     When the revised RPS H600 filter is placed in Holmes® Harmony® model HAP625, the hanging mechanism on the H600 is inadequate to hold the filter in place on the hanger supports in the air purifying machine.  This is demonstrated by placing the revised RPS filter (Nesgos Aff., Exh. D) into the Holmes® Harmony® HAP625 (Nesgos Aff., Exh. H).

29.     Buyers rely on the air purifier ratings supplied by AHAM in making purchasing decisions.  Jursich Dep., p. 62; Powers Aff., ¶11.

Respectfully submitted,

THE HOLMES GROUP, INC.,
By its attorneys,


_____/s/ Nicholas J. Nesgos_____
Gary W. Smith (BBO #550352)
Nicholas J. Nesgos (BBO #553177)
Jennifer L. Finger, Esq. (BBO #641830)
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100

Dated:  March 4, 2005

## <u>Certificate of Service</u>

I, Nicholas J. Nesgos, attorney for the plaintiff in the above-referenced matter, hereby certify that on this 4th day of March, 2005, I served a copy of the within document by emailing same to:

Paul G. Juettner, Esquire
Greer Burns & Crain Ltd.
300 S. Wacker Drive, Suite 2500
Chicago, IL 60606

William D. Jalkut, Esq.
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, MA 01608


_____/s/ Nicholas J. Nesgos_____
Nicholas J. Nesgos

ID # 422202v01/3021-158/ 03.04.2005